**CONFIDENTIAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRIAN LATORRE and VICTORIA LATORRE,					**STIPULATION**

                          Plaintiff(s),			Index No.: CV-16 2958
                                               (DRH)(AKT)

-against-

HEMPSTEAD TURNPIKE, L.L.C., TARGET
CORPORATE SERVICES, INC. and CERUZZI
HOLDINGS LLC,

                          Defendant(s).
---------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein that:

1. On March 26, 2015, defendant Target Corporation incorrectly sued herein as Target Corporate Services, Inc., by terms of a Ground Lease dated January 19, 1999, between Starwood Ceruzzi Bethpage LLC and the Dayton Hudson Corporation (Target), and by terms of an Operation and Easement Agreement dated January 19, 1999, between Starwood Ceruzzi Bethpage LLC and Dayton Hudson Corporation (Target), was responsible for the control, inspection, maintenance and repair of the parking lot located at 3850 Hempstead Turnpike, Levittown New York 11756 where plaintiff Brian Latorre alleges to have been injured, as depicted in the attached photographs. Defendant, Target Corporation, incorrectly sued herein as Target Corporate Services, Inc. has been responsible for the control, inspection, maintenance and repair of said parking lot since November 1, 2009.

2. This action is hereby discontinued as against defendants Hempstead Turnpike, L.L.C and Ceruzzi Holdings LLC only, with prejudice and without costs to any party.

Dated:      Ronkonkoma, New York
            August 8, 2016

_____              _____
Zachary M. Beriloff                     Allison Leibowitz
Gruenberg Kelly Della                   Simmons Jannace Deluca, LLP
Attorneys for Plaintiffs                Attorneys for Defendant(s)
700 Koehler Avenue                      43 Corporate Dr
Ronkonkoma, New York 11779              Hauppauge, NY 11788
631-737-4110                            631-873-4888